**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WILLIAM FEEGBA,                )
                                            )
              Plaintiff,             )
                                            )        Civil Action No. 1:18-cv-01748 (UNA)
                                            )
                                            )
DONALD TRUMP,             )
                                            )
              Defendant.          )
                                            )

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's *pro se* complaint ("Compl.") and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B), which allows for dismissal of a plaintiff's complaint which fails to state a claim upon which relief can be granted or is frivolous or malicious.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and a "complaint plainly abusive of the judicial process is properly typed malicious," *Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981).

The complaint, in its current form, is nearly incomprehensible. Plaintiff provides a rambling account of events in which he claims to be a descendent of various presidents and monarchs. Compl. at 1 ¶ 1. He seeks to ". . . sue former presidents of America," including, [sic] ". . . Jimmy [C]arter, Bill Clinton, George HW Bush, George W. Bush, Barack Obama, and Donald

1

Trump." *Id.* at 1 ¶ 2. He also believes that Donald Trump harassed him and damaged his vehicle. *Id.* at 1 ¶ 3. Plaintiff appears primarily aggrieved that the United States is no longer a monarchy as he believes he is the rightful heir to the throne. *Id.* 1 ¶¶ at 1-3. He avers that, given his new status as a great-grandfather, he may now secure his role as a world leader. He first, however, asks that the Court orchestrate the current President's resignation. *Id.* at 1 ¶ 3.

A court may dismiss a complaint as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible," *Denton v. Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi*, 655 F.2d at 1307-08. In addition to failing sorely to state a claim for relief, the instant complaint is deemed frivolous on its face. Consequently, the complaint and this case will be dismissed. A separate order accompanies this memorandum opinion.

Date:   August ___17___, 2018

United States District Judge

2